PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

### Report on Offender Under Supervision

Name of Offender: Dwayne Lamar Norton　　　　　　　　　　　　　　　　Cr.: 16-00357-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 897261

Name of Sentencing Judicial Officer:　THE HONORABLE J. RONNIE GREER, UNITED STATES DISTRICT JUDGE IN THE EASTERN DISTRICT OF TENNESSEE

Date of Original Sentence: June 13, 2005

Original Offense:　Conspiracy to Possess with Intent to Distribute a Controlled Substance, in violation of 21 USC §§ 846 and 841(b)(1)(A)

Original Sentence: 180 months imprisonment, 120 months supervised release

Special Conditions: DNA testing, Special Assessment, Substance Abuse Testing, Alcohol Restrictions, Alcohol Treatment, Substance Abuse Treatment

Transfer of Jurisdiction: Accepted by THE HONORABLE KEVIN MCNULTY, UNITED STATES DISTRICT JUDGE, on September 20, 2016.

Violation Action: March 16, 2018. Committed New Crime. Supervised release revoked and sentenced to 36 months custody, followed by 3 years supervised release. The following special conditions were also imposed: Substance Abuse Testing, Alcohol Restrictions, Substance Abuse Treatment.

Type of Supervision: Supervised Release　　　　　　　Date Supervision Commenced: April 3, 2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number　　　Nature of Noncompliance

　1.　　　　　　　　　Dwayne Norton violated the following special condition of supervised release: "You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name." On April 21, 2021, Dwayne Norton admitted to smoking marijuana on April 20, 2021.

U.S. Probation Officer Action:
On April 21, 2021, Mr. Norton admitted to smoking marijuana on April 20, 2021, which has become a day that some individuals celebrate and consume cannabis.

Mr. Norton was verbally reprimanded for using marijuana and we discussed consequences for continued illegal drug use and pro-social alternatives. The U.S. Probation Office will increase drug testing for Mr. Norton and notify the Court of any additional non-compliance. He will be referred to treatment, if deemed necessary. We are respectfully requesting no action be taken against Mr. Norton and that this notice serve as a written reprimand from the Court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Carrie H. Borona*

BY: CARRIE H. BORONA
U.S. Probation Officer

/ cb

APPROVED:

*Suzanne Golda-Martinez*　　　　　　*04/29/2021*
SUZANNE GOLDA-MARTINEZ　　　　　Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

/s/ Kevin McNulty
Signature of Judicial Officer

4/29/2021
Date